NOT FOR PUBLICATION

# FILED

UNITED STATES COURT OF APPEALS

AUG 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT



NICHOLAS HONCHARIW, Trustee, Honchariw Family Trust,

　　　　　　Plaintiff-Appellant,

v.

COUNTY OF STANISLAUS; BOARD OF SUPERVISORS OF COUNTY OF STANISLAUS,

　　　　　　Defendants-Appellees.

No.　16-17256

D.C. No.
1:16-cv-01183-LJO-BAM

ORDER*

On Remand from the United States Supreme Court

Before: SCHROEDER, TORRUELLA,** and FRIEDLAND, Circuit Judges.

Pursuant to the Supreme Court's decision in this matter, *Honchariw v. Cty. of Stanislaus, Cal.*, No. 18-294, 2019 WL 2649780, at *1 (U.S. June 28, 2019), the case is remanded to the district court for reconsideration in light of *Knick v. Twp. of Scott, Pennsylvania*, 139 S. Ct. 2162 (2019).

---

\* 　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* 　The Honorable Juan R. Torruella, United States Circuit Judge for the First Circuit, sitting by designation.